# United States Bankruptcy Court
# Eastern District of Virginia
# Alexandria Division

**In re:**

**Bobbie Upasna Vardan,**　　　　　　　　　　**Case No. 17-13848-KHK**

**Debtor.**　　　　　　　　　　　　　　　　　**Chapter 11**

## Order Denying Approval of
## Disclosure Statement and Dismissing Case

On May 15, 2018, a hearing was held on the approval for dissemination of the Debtor's Disclosure Statement. Docket No. 64.

Present at the hearing were the Debtor, Bobbie Upasna Vardan, John E. Driscoll, Esq., attorney for Wells Fargo Bank, N.A., as servicing agent for Bank of America, N.A., and Jack Frankel, attorney for the United States Trustee.

Now, for reasons stated from the bench, it is hereby ordered:

1. The approval of the Disclosure Statement for dissemination is denied.

2. The case is dismissed.

3. The Clerk shall serve a copy of this order on the parties listed below.

Date _May 23 2018_　　　　　　　　　　　　/s/ Klinette Kindred
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Klinette H. Kindred
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge

Entered on Docket: May 23 2018

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney

Entered on Docket_____

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Email: Jack.i.frankel@usdoj.gov

Seen and Objected:

/s/ Bobbie Upasna Vardan (by permission)
Bobbie Upasna Vardan
Debtor
855 Nicholas Run Drive
Great Falls, VA 22066
(703) 475-6244
Email: vardanlaw@gmail.com


Seen:

/s/ Johnie R. Muncy (by permission)
Johnie R. Muncy, Esq., State Bar No. 73248
John E. Driscoll, III, Esq.
Samuel I. White, P.C.
Attorney for Wells Fargo Bank, N.A.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
(804) 290-4290 Ext. 3010
Email: jmuncy@siwpc.com

**Certificate of Service**

I hereby certify that on the 16th day of May, 2018, I e-mailed a copy of this order to the parties listed above.

/s/ Jack Frankel