## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**In re:**

**BOBBIE UPASNA VARDAN,**                                      **CHAPTER 11**

   **DEBTOR.**                                                 **CASE NO. 17-13848-KHK**

**WELLS FARGO BANK, N.A. AS**
**SERVICING AGENT FOR BANK OF**
**AMERICA, N.A.,**

   **MOVANT,**

**vs.**

**BOBBIE UPASNA VARDAN,**

   **RESPONDENTS.**

### ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for *In Rem* Relief from the Automatic Stay filed by Bank of America, N.A. (ªMovantº), upon the argument of counsel and the Court finding grounds to grant the Motion; it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified *In Rem* as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **3409 Meyer Woods Lane, Fairfax, VA 22033** and more particularly described as follows:

> **Lot 10, THOMPSON ROAD PROPERTY, (OAK HILL RESERVE II), as the same appears duly dedicated, platted and recorded in Deed Book 16579 at Page 1676, among the land records of Fairfax County, Virginia.**

*In Rem* Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED:
May 30 2018

/s/ Klinette Kindred
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 31 2018

Johnie R. Muncyl, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 73248
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 43120

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

_____

I ask for this:
By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Bank of America, N.A.

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following and to the 20 largest unsecured creditors on the Debtor's mailing matrix, as listed on the attached mailing list:

Bobbie U. Vardan
Counsel for Debtor
P.O. Box 25
Great Falls, VA 22066

Bobbie Upasna Vardan
Pro Se Debtor
855 Nicholas Run Drive
Great Falls, VA 22066

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express PO Box 1270 NEWARK, NJ 07101 | (800)472-9297 | Credit Card | | $7,581.77 | | $7,581.77 |
| 10 | Capital One Bank NA PO Box 71087 Charlotte N.C 28272 | (877) 618-7669 | Credit Card | Disputed | $11,791.92 | Incorrect Accounting | $11,791.92 |
| 11 | Discover Card PO Box 1084 Charlotte N.C 28272 | (800) 347-2683 | Credit Card | Disputed | $ 10652.50 | Incorrect Accounting | $ 10652.50 |
| 12 | Discover Card PO Box 1084 Charlotte N.C 28272 | (800) 347-2683 | Credit Card | Disputed | $12536.59 | Incorrect Accounting | $12536.59 |
| 13 | Department of Treasury (IRS) 2426 Lee Highway Suite 104 Bristol, VA 24202 | (276) 642-7412 | Federal Taxes | Disputed | $0.01 | | $0.01 |
| 14 | Department of Treasury (IRS) PO Box 268 Memphis TN 38101-0268 | | Federal Taxes | Disputed | $500,000.00 | | $500,000.00 |
| 15 | West Virginia Tax Department PO Box 1071 Charlestown WV 25324 | | State Taxes | Disputed | $80,000.00 | | $80,000.00 |
| 16 | Virginia Tax Department PO Box 1880 Richmond VA 23218 | | State Taxes | Disputed | $25,000.00 | | $25,000.00 |
| 17 | Glasser & Glasser Po Box 3400 Norfolk, VA 23514 | (757) 533-5555 | collections | Disputed | 14,960.26 | | 14,960.26 |
| 18 | Professional Account Management PO Bo 37038 Washington, DC 20013 | (866) 353-7145 | | | $240.00 | | $240.00 |
| 19 | Wells Fargo Bank NA PO Box 14411 Des Moines IA 50306 | (877) 498-3672 | Credit Card | Disputed | $3641.68 | | $3641.68 |

20